# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02 CV-33-MU

| | |
|---|---|
| **DARRELL EUGENE STRICKLAND** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **R.C. LEE, Warden,** ) | |
| **Central Prison** ) | |
| **Raleigh, North Carolina** ) | |
| ) | |
| Respondent ) | |

This matter is before the Court upon Petitioner's February 6, 2007 Motion to Alter or Amend Judgment pursuant to Rule 59(a) & (e) [Doc. 82] and Motion to Expand the Record [Doc. 83]. After careful review of the Motions, the undersigned finds that Respondent should file a Response to the Motions.

**THEREFORE, IT IS HEREBY ORDERED THAT**, Respondent shall file a Response to Petitioner's Motion to Alter and Amend and Motion to Expand the Record within forty-five (45) days of the filing of this Order.

Signed: February 8, 2007

Graham C. Mullen
United States District Judge